UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAJ S. NELSON, | : | Civil Action No. |
| | : | _____ |
| Plaintiff, | : | |
| Against | : | **COMPLAINT** |
| MASSEY SERVICES, INC., | : | |
| Defendant. | : | [JURY TRIAL DEMANDED] |

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

## Complaint

The Plaintiff, TAJ S. NELSON ("Plaintif"), by and through his undersigned counsel, hereby files this suit against Defendant, MASSEY SERVICES, INC. ("Massey Services"), and alleges:

**PRELIMINARY STATEMENT**

The Plaintiff, TAJ S. NELSON, brings this action against MASSEY SERVICES, INC., for violations of Title VII of the Civil Rights Act of 1964 (Title VII) (42 U.S.C. § 2000) and Georgia Fair Employment Practices Act (GA Code Sec. 45-19-20 et seq.).

## JURISDICTION

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under Title VII. This court has supplemental jurisdiction over plaintiff's related claims arising under state and local laws pursuant to 28 U.S.C. § 1367(a).

## VENUE

Venue is proper in this district under 42 U.S.C. § 2000e-5(f)(3), in that the unlawful employment practice was committed in Georgia and there is no other district that has substantial connection to the claim.

## CONDITIONS PRECEDENT

Plaintiff has exhausted his administrative remedies and complied with all statutory prerequisites to maintaining the claims asserted herein as required by the Equal Employment Opportunity Commission ("EEOC"). Further, Plaintiff has performed all conditions precedent to maintaining the claims asserted herein as required by the EEOC.

## PARTIES

1. Plaintiff is a man who resides in Atlanta, Georgia. Plaintiff is a citizen of Georgia.

2. Plaintiff was an employee with, MASSEY SERVICES, INC., as defined by Title VII.

3. Upon information and belief, Defendant is a Corporation with its headquarters located in 315 Groveland Street Orlando, Florida 32804. Defendant maintains offices and does business in Atlanta, GA. Defendant is an employer as defined by Title VII.

## FACTS

4. On or about August 21, 2020, Plaintiff began his employment with Massey Services. Plaintiff was interviewed and approved for employment with Massey Services, for the position of Bait Technician with his hair being styled in Rastafarian dreadlocks.

5. On or about September 15, 2020, the Plaintiff was transferred to the position of Pest Control Technician.

6. Sometime in February 2021, Massey Services held a company conference. During that conference, Mr. Goetz, Massey Services Vice President, saw the Plaintiff's Rastafarian dreadlocks, which was pulled up in a bun at that time, and immediately requested that Plaintiff cut his hair. After the Plaintiff refused to cut his hair, he was terminated under the guise that he violated the grooming/dress code policy.

7. During Plaintiff's employment, it was never mentioned to the Plaintiff that his employment was dependent upon him cutting his hair to comply with Massey Services' company policy.

8. On August 9, 2021, a Charge of Discrimination was filed with the Equal Employment Opportunity Commission ("EEOC") alleging racial discrimination, amongst other things. On December 2, 2021, a Notice of Right to Sue letter was issued by the EEOC.

**COUNT ONE**

**Racial Discrimination in Violation of Title VII of the Civil Rights Act of 1964**

**(42 U.S.C. §§ 2000e et al.)**

9. Plaintiff repeats and realleges paragraphs 1 through 8, hereof, as if fully set forth herein.

10. Plaintiff is an African American male and was qualified for his position when Defendant's fired him.

11. Defendant's employee, Johnathan Goetz, arranged for the termination of Plaintiff based on his race and skin color, but he put it under the guise that Plaintiff violated the grooming/dress code policy.

12. Plaintiff suffered damages because of Defendant's unlawful discriminatory actions, including emotional distress, past and future lost wages and benefits, and the costs of bringing this action.

13. Defendant intentionally violated Plaintiff's rights under Title VII, with malice or reckless indifference, and, as a result, is liable for punitive damages.

## COUNT TWO

**Georgia Fair Employment Practices Act**
**(GA Code Sec. 45-19-20 et seq.)**

14. Plaintiff repeats and realleges paragraphs 1 through 13 hereof, as if fully set forth herein.

15. Defendant has committed unfair employment practices when it committed acts of reprisal against Plaintiff for his efforts to oppose practices prohibited by the Georgia Fair Employment Practices Act.

16. Plaintiff has been made to suffer mental anguish and emotional distress, loss of employment and future employment opportunities, and loss of wages and benefits, as the direct and proximate result of Defendant's violation of Plaintiff's civil rights as alleged herein. Plaintiff is reasonably certain to continue to suffer these damages in the future. Plaintiff is entitled to the rights and remedies at law, including actual damages, compensatory damages, treble damages, punitive damages, and attorney's fees.

17. Plaintiff seeks all applicable rights and remedies provided including, but not limited to, recovery of actual damages, compensatory damages, treble damages, punitive damages, civil penalties, interest, costs, disbursements, and attorneys' fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests judgment as follows:

A. Accept jurisdiction over this matter;

B. Award Plaintiff for his past and future loss of wages and benefits, plus interest;

C. Award to Plaintiff liquidated damages incurred in connection with this action, equal to the sum amount of backpay and interest;

D. Award to Plaintiff all costs and reasonable attorneys' fees incurred in connection with this action;

E. Award to Plaintiff compensatory damages;

F. Award to Plaintiff punitive damages; and

G. Grant Plaintiff such additional or alternative relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims properly triable by a jury.

Respectfully submitted,

Harvey Law Firm
/s Kiera L. Harvey

**Kiera L. Harvey**

Georgia Bar No. 458471

Attorney for Plaintiff

Harvey Law Firm

1201 West Peachtree St.

Suite 2300

Atlanta, GA 30309

Phone: 404.795.5028

Fax: 404.500.0545

Kiera.Harvey@klharveylaw.com